UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00422-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO PANTOJA-DOMINGUEZ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 17, 2007,** and responses to these motions shall be filed by **Friday, December 28 , 2007.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, January 8, 2008, at 4:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 2-day jury trial is set to commence **Tuesday, January 22, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: November 21, 2007

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge